IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROL MOSES,<br>*Plaintiff*,<br><br>v.<br><br>SECRETARY OF VETERAN AFFAIRS,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:26-cv-00190-M-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the objection, and conducting a *de novo* review in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge. The Court **DENIES** Plaintiff's motion to proceed in forma pauperis. ECF No. 4. The Court will **DISMISS** Plaintiff's case under Federal Rule of Civil Procedure 41(b) by separate judgment and without further notice unless Plaintiff pays the full $405.00 filing fee within fifteen days of this order.

**SO ORDERED,** this 19th day of November, 2026.

Kasdin M. Mitchell

KASDIN MITCHELL
UNITED STATES DISTRICT JUDGE